

# Fourth Court of Appeals
## San Antonio, Texas

July 8, 2014

No. 04-14-00091-CV

Melissa **HERNANDEZ**,
Appellant

v.

**CHRISTUS SPOHN HEALTH SYSTEM CORP.,** d/b/a Christus Spohn Hospital Kleberg,
Appellee

From the 79th Judicial District Court, Jim Wells County, Texas
Trial Court No. 14-03-53076-CV
Honorable Richard C. Terrell, Judge Presiding

# O R D E R

The purpose of this order is to clarify the status of this appeal and to address docketing matters that have arisen because of orders signed by the trial court after the notice of appeal was filed.

Appellant Melissa Hernandez filed suit against Andres Bueno and Christus Spohn Health System Corporation d/b/a Christus Spohn Hospital Kleburg in the 79th District Court, Jim Wells County, Texas. The suit was assigned trial court cause number 14-03-52114-CV. On January 9, 2014, the trial court signed an order dismissing Hernandez's claims against defendant Bueno. On January 10, 2014, the trial court signed an order dismissing Hernandez's claims against defendant Christus Spohn.

On February 4, 2014, Hernandez filed a notice of appeal. The notice of appeal stated that plaintiff was appealing **both** the January 9, 2014 and the January 10, 2014 orders. The clerk of this court docketed the appeal, assigning it appellate cause number 04-14-00091-CV. On the same day, Hernandez filed a motion for reconsideration/new trial in the trial court.

On March 25, 2014, the trial court granted Hernandez's motion for reconsideration/new trial as to defendant Bueno, withdrawing its order dismissing Hernandez's claims against Bueno. On the same day, the trial court signed an order severing Hernandez's claims against Christus Spohn from her claims against Bueno. The express purpose of the severance order was to make the trial court's January 10, 2014 order a final order. The trial court clerk then assigned a separate trial court cause number, 14-03-53076-CV, to the claims against Christus Spohn.

The effect of the March 25, 2014 severance order was to render the January 10, 2014 order a final, appealable order. Moreover, Hernandez's previously filed notice of appeal became effective on this date. *See* TEX. R. APP. P. 27.1 ("In a civil case, a prematurely filed notice of appeal is effective and deemed filed on the day of, but after, the event that begins the period for perfecting the appeal.").

On April 23, 2014, Hernandez filed a notice of appeal in trial court cause number 14-03-53076-CV, stating she was appealing the trial court's March 25, 2014 order on her motion for reconsideration/new trial. However, an order denying a motion for new trial is not independently appealable. *State Office of Risk Management v. Berdan*, 335 S.W.3d 421, 428 (Tex. App.—Corpus Christi 2011, pet. denied). Therefore, any complaint about the trial court's ruling on the motion for reconsideration/new trial must be raised in Hernandez's appeal of the January 10, 2014 order. Hernandez's April 23, 2014 notice of appeal was unnecessary to perfect her appeal of the January 10, 2014 order and is therefore moot. *See Alvarado v. Lexington Ins. Co.*, 389 S.W.3d 544, 549 n.5 (Tex. App.—Houston [1st Dist.] 2012, no pet.).

We note that Hernandez is a party to a separate interlocutory appeal that is currently pending before this Court. This interlocutory appeal, styled *Andres Bueno v. Melissa Hernandez*, has been assigned appellate cause number 04-14-00255-CV.

We ORDER that, to the extent he ever was a party to the instant appeal, Andres Bueno is hereby DISMISSED from appellate cause number 04-14-00091-CV, styled *Melissa Hernandez v. Christus Spohn Health System Corporation d/b/a Christus Spohn Hospital Kleburg*.

We FURTHER ORDER the Clerk of this Court to change the trial court cause number in the instant appeal (appellate cause number 04-14-00091-CV) from 14-03-52114-CV to 14-03-53076-CV. We FURTHER ORDER the Clerk of this Court to send copies of this order to counsel in appellate cause numbers 04-14-00091-CV and 04-14-00255-CV.

_____
Karen Angelini, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 8th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court